**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMANDO VERA<br><br>Plaintiff,<br><br>v.<br><br>AIR PRODUCTS AND CHEMICALS, INC., A DELAWARE CORPORATION; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendant. | Case No. 1:26-cv-04335 JLT EGC<br><br>ORDER TO REMAND CASE TO SUPERIOR COURT AND DISMISS INDIVIDUAL DEFENDANT FROM THE ACTION WITH PREJUDICE |

The Court, having considered the Parties' Stipulation to Remand the Case to State Court and Dismiss the Individual Defendant (Doc. 21), and GOOD CAUSE APPEARING, ORDERS as follows:

1. Jesse Jenkins is dismissed from the action with prejudice.

2. Plaintiff's pending Amended Motion to File First Amended Complaint and to Remand the Action to State Court is deemed withdrawn.

3. The action is remanded back to the Superior Court of California County of Fresno.

4. All deadlines and motions in this matter are hereby vacated/terminated.

IT IS SO ORDERED.

Dated: September 9, 2026

Jennifer L. Thurston

UNITED STATES DISTRICT JUDGE